UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **HORTENCIA OLGA MARINA GRAVE; HECTOR RAUL DIAZ GARCIA; MARCELINO CAJBON ALVERADO;**<br><br>Petitioners,<br><br>v.<br><br>**CARL ALDRIDGE,** Superintendent, Western Regional Jail; **MICHAEL T. ROSE,** Acting Field Office Director, Philadelphia Field Office, United States Immigration and Customs Enforcement; **TODD M. LYONS,** Acting Director, United States Immigration and Customs Enforcement; **KRISTI NOEM,** Secretary of Homeland Security; **PAMELA JO BONDI,** United States Attorney General, *in their official capacities*,<br><br>Respondents. | Civ. Act. No.: 3:26-cv-00127<br><br>**ORDER TO SHOW CAUSE** |

**ORDER TO SHOW CAUSE AND TEMPORARILY ENJOINING TRANSFER OF PETITIONERS PENDING DISPOSITION OF PETITION**

Upon consideration of Petitioners' Verified Petition for a Writ of Habeas Corpus (Dkt. No. 1), **IT IS HEREBY ORDERED** that:

1. Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **Wednesday, February 25, 2026,** at **12:00 P.M**.

2. Petitioners shall have an opportunity to file a reply by **Thursday, February 26, 2026,** at **12:00 P.M**.

3. This matter shall be heard by this Court on **Thursday, February 26 2026**, at **2:30 P.M**.

1

4. Respondents shall file a notice within 48 hours of service of this Petition informing the Court and Petitioners of whether Respondents have a good-faith basis to assert that they will present arguments in this case that have not already been considered and rejected by this Court.

5. If Respondents do not file a notice confirming that they have a good-faith basis that they will present arguments in this case that have not already been considered and rejected by this Court within 48 hours of service of this Petition, Respondents shall immediately release Petitioners and their property pending any further order, briefing or hearing the Court may deem necessary or appropriate in this case.

6. Respondents shall not remove or facilitate the removal of Petitioners and/or their property from the Southern District of West Virginia pending further order of the Court. To the extent Petitioners have already been removed from this jurisdiction but have not already been booked into another detention facility, Petitioners shall be returned to the Southern District of West Virginia **FORTHWITH, IMMEDIATELY, AND IN NO EVENT LATER THAN TUESDAY, FEBRUARY 24, 2026**. To the extent Petitioners have already been removed from this jurisdiction and booked into another detention facility, Petitioners shall not be transferred again or removed pending further order of the Court, and Respondents shall **FORTHWITH, IMMEDIATELY, AND IN NO EVENT LATER THAN MONDAY, FEBRUARY 23, 2026,** afford Petitioners a reasonable opportunity to confidentially consult with counsel, and shall take all necessary steps to facilitate such communication.

7. Upon receipt of this Order, Respondents shall promptly ensure that all of Petitioners' property seized incident to detention, including any vehicle(s), is accounted for and that all such property can be immediately made available to Petitioners in the event Petitioners are released. To the extent Petitioners' property has already been removed from this jurisdiction,

Respondents shall take all necessary steps to ensure that said property can be immediately made available to Petitioners in the event Petitioners are released.

8. Service of this Order shall be made by Petitioners on the United States Attorney for the Southern District of West Virginia by **2:00 P.M.** on **Monday, February 23, 2026**, and shall constitute good and sufficient service on the federal defendants.

9. Service of this Order shall be made by Petitioner on Carl Aldridge, Superintendent, Western Regional Jail, or an agent or individual authorized to accept service on behalf of Superintendent Aldridge, by **2:00 P.M.** on **Monday, February 23, 2026**, and shall constitute good and sufficient service on Superintendent Aldridge.

Entered: February 23, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

|  | **Prepared and submitted,**<br>**COUNSEL FOR PETITIONERS,** |
|---|---|
|  | /s/ *Lesley M. Nash* |
| Jonathan Sidney | Lesley M. Nash (WVSB #14158) |
| *Pro Hac Vice Pending* | Sarah K. Brown (WVSB #10845) |
| Colorado Bar No. 52463 | Mountain State Justice, Inc. |
| Ohio Bar No. 0100561 | 1029 University Ave., Ste. 101 |
| P.O. Box 97 | Morgantown, WV 26505 |
| Forest Hill, WV | Phone: (304) 326-0188 |
| Phone: (681) 335-0074 | lesley@msjlaw.org |
| jsidney@climatedefenseproject.org | sarah@msjlaw.org |