IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

HORTENCIA OLGA MARINA GRAVE;
HECTOR RAUL DIAZ GARCIA;
MARCELINO CAJBON ALVERADO;

        Petitioners,

v.        CIVIL ACTION NO. 3:26-0127

CARL ALDRIDGE,
Superintendent, Western Regional Jail;
MICHAEL T. ROSE,
Acting Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of Homeland Security;
PAMELA JO BONDI,
United States Attorney General,
in their official capacities,

        Respondents.

**ORDER**

Pending before the Court is Petitioners' Motion for Leave for Local Counsel to Appear Remotely at Hearing, or, in the alternative, to Excuse Local Counsel from the Hearing. ECF No. 24. For good cause shown, the Court **GRANTS** the motion and excuses local counsel from today's hearing.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:    February 26, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE