IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

HORTENCIA OLGA MARINA GRAVE;
HECTOR RAUL DIAZ GARCIA;
MARCELINO CAJBON ALVERADO;

                    Petitioners,

v.                                            CIVIL ACTION NO. 3:26-0127

CARL ALDRIDGE,
Superintendent, Western Regional Jail;
MICHAEL T. ROSE,
Acting Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of Homeland Security;
PAMELA JO BONDI,
United States Attorney General,
in their official capacities,

                    Respondents.

## ORDER

Pending is Petitioners Hortencia Olga Marina Grave, Hector Raul Diaz Garcia, and Marcelino Cajbon Alverado's Verified Petition for Writ of Habeas Corpus. A Show Cause hearing was scheduled for today, February 26, 2026, at 2:30 PM. Petitioners' counsel has informed the Court that technology issues have prevented him from consulting with his clients and that, "it does not appear that a hearing today will be necessary from Petitioners' perspective, given that Petitioners' anticipated position pending consultation will either be that the matter can be decided on the briefs or that a continuance is necessary." *Notice* 1–2, ECF No. 26.

-2-

    Accordingly, today's Show Cause Hearing is **SUSPENDED**. Petitioners are **DIRECTED** to promptly contact the Court once counsel has had an opportunity to consult with Petitioners to determine Petitioners' position. Petitioners are **DIRECTED** to provide the Court with a status report on or before Noon tomorrow, February 27, 2026.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                             ENTER:      February 26, 2026

                             ROBERT C. CHAMBERS
                             UNITED STATES DISTRICT JUDGE